IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01375-WYD-KLM

LOIS B. FOUNTAIN,

    Plaintiff,

v.

FINANCIAL RECOVERY SERVICES, INC., a Minnesota corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Leave to Attend the Rule 16 Scheduling Conference Telephonically** [Docket No. 9; Filed September 11, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#9] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Defendant's counsel may appear by telephone at the Scheduling Conference on September 19, 2012 at 10:30 a.m. by dialing the Court at **303-335-2770**.  If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Defendant's counsel before dialing the Court.

    Dated:  September 11, 2012