IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01375-WYD-KLM

LOIS B. FOUNTAIN,

    Plaintiff,

v.

FINANCIAL RECOVERY SERVICES, INC.,

    Defendant.

**ORDER DISMISSING CASE WITH PREJUDICE**

THIS MATTER comes before the Court on the parties' Stipulated Motion to Dismiss With Prejudice [ECF No. 15], filed on October 12, 2012.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Stipulated Motion to Dismiss With Prejudice [ECF No. 15], filed on October 12, 2012, is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**.

DATED:  October 12, 2012.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE